

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 5, 2017

**BY CM/ECF**

The Honorable Denise Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    **Re:**   *United States* **v.** *David W. Kent*, **16 Cr. 385 (DLC)**

Dear Judge Cote:

    The defendant in the above-referenced case is scheduled to be sentenced on October 6, 2017 at 12:00 pm. Attached please find a victim impact statement that the Government received earlier today.

                      Respectfully submitted,

                      JOON H. KIM
                      Acting United States Attorney

                By:  /s/  Andrew K. Chan/Sidhardha Kamaraju
                    Andrew K. Chan/Sidhardha Kamaraju
                    Assistant United States Attorneys
                    (212) 637-1072  / 6523

cc:  Dan Cogdell, Esq. and David Spears, Esq.