

DHI Group, Inc
www.dhigroupinc.com
1040 Avenue of the Americas, Floor 8
New York, NY 10018
212.725.6550

October 5, 2017

Honorable Denise L. Cote
United States District Court Judge
Southern District of New york
United States Courthouse
500 Pearl Street
New York, NY 1007-1312

    Re: United States v. David Kent, 1:16-CR-385-DLC-1

Dear Judge Cote:

Please accept this brief letter in response to the letter filed yesterday by defendant David Kent in response to the Victim Impact Letter of DHI Group, Inc. DHI submitted its Victim Impact Statement because Defendant Kent has not taken responsibility for his crime with respect to the victim. Despite representing that he would be "making arrangements to effectuate the full payment of the restitution on or before the sentencing date," that did not happen before either of his previously-scheduled sentencing dates. And, to my knowledge, it still has not happened. Moreover, his sentencing memorandum only confirmed DHI's experience since his arrest—that Defendant Kent blames and attacks the victim of the crime, DHI.

Defendant Kent's response letter filed yesterday spends considerable time continuing to debate the loss amount. But that loss amount was developed independently by the Government and, as part of his plea agreement, Defendant Kent agreed to that loss amount. This should not be the subject of debate at this juncture. Defendant Kent should simply make good on his representation to pay his forfeiture and restitution amounts.

Like his sentencing memorandum which attacked and blamed his victim DHI, yesterday's response letter continues in that same vein and reflects a lack of remorse by Defendant Kent for his crimes and the resulting impacts on his victim. This is truly disappointing.

Thank you for your consideration of this letter.

Respectfully submitted,

*[signature]*