```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :     ORDER OF RESTITUTION
                                  :
           -v.-                   :     16 Cr. 385 (DLC)
                                  :
DAVID W. KENT,                    :
                                  :
           Defendant.             :
- - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, JOON H. KIM, Acting United States Attorney for the Southern District of New York, Sidhardha Kamaraju and Andrew K. Chan, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Count One of the above Information; and all other proceedings in this case, it is hereby ORDERED that DAVID W. KENT, the Defendant, shall pay restitution in the total amount of $3,292,800.00 to the victim of the offense charged in Count One:

| Name | Address | Amount of Restitution |
|---|---|---|
| DHI Group, Inc. ATTN: Brian P. Campbell, Vice President of Business and Legal Affairs and General Counsel | 1040 Avenue of the Americas, 8th Floor New York, NY 10018 | $3,292,800.00 |
| **TOTAL** | | $3,292,800.00 |

Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated:   New York, New York
         October 6, 2017

                                 _____
                                 HONORABLE DENISE L. COTE
                                 UNITED STATES DISTRICT JUDGE